UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                 CASE NO.: 22-14547-RAM
                                                                                         CHAPTER 13

**Guillermo Fernando Guell Klever,**
    Debtor.

**Liset Marro,**
    Joint Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**6409 CONGRESS AVENUE, SUITE 100**
**BOCA RATON, FL 33487**

                                         Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                         Authorized Agent for Secured Creditor
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487
                                         Telephone: 470-321-7112

                                         By: /s/Keith Labell
                                               Keith Labell
                                               Email: klabell@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GUILLERMO FERNANDO GUELL KLEVER
3110 NW 11TH ST
MIAMI, FL 33125

LISET MARRO
3110 NW 11TH ST
MIAMI, FL 33125

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

By: /s/ Emi Oyebade