## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 22-14547-RAM
CHAPTER 13

**Guillermo Fernando Guell Klever,**

**aka Guillermo Guellklever**

**aka Guillermo Guell**

**aka Guillermo Guell Klever and**

**Liset Marro**

      Debtors.

_____/

## RESPONSE TO OBJECTION TO CLAIM OF PHH MORTGAGE CORPORATION / U.S. BANK, N.A. [# 7-1]

**COMES NOW,** U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-1, Asset-Backed Certificates, Series 2007-1 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Objection to Claim of PHH Mortgage Corporation / U.S. Bank, N.A. [# 7-1] ("Objection") (DE # 28), and in support thereof states as follows:

1. Debtors, Guillermo Fernando Guell Klever and Liset Marro ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 10, 2022.

2. Secured Creditor holds an interest in Debtor's real property located at 3100NW11 St. Miami, Florida 33125.

3. Secured Creditor filed its Proof of Claim, on July 7, 2022 as Claim Number 7-1.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On August 16, 2022, Debtor filed an Objection asserting allegations opposing Secured Creditor's claim.

6. Secured Creditor is amenable to having the claim allowed with no distribution from the Chapter 13 Trustee.

7. Secured Creditor's Proof of Claim, is neither incorrect nor improper as filed.

**WHEREFORE**, Secured Creditor respectfully requests this Honorable Court allows Secured Creditor's Proof of Claim as filed as to preserve Creditor's Claim, and for such other and further relief as the Court deems just and proper.

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-241-1969
>
> By: /s/ Keith Labell
> Keith Labell, Esq.
> Email: klabell@raslg.com
> Florida Bar No. 0109158

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  August 19, 2022, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Guillermo Fernando Guell Klever
Liset Marro
3110 NW 11th ST
Miami, FL 33125

And via electronic mail to:

Jose A Blanco
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969

    By: /s/ Keith Labell
    Keith Labell, Esq.
    Email: klabell@raslg.com
    Florida Bar No. 0109158