

**ORDERED in the Southern District of Florida on August 31, 2022.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Mark, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:　Guillermo Guell Klever　　　　　　　　　Case No.: 22-14547-RAM
　　　　LisetMarro

　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　　　Debtors　　　　/

### ORDER CONTINUING OBJECTION TO CLAIM OF PHH MORTGAGE CORPORATION / U.S. BANK, N.A. [# 7-1] [# 28]

**THIS MATTER** having come to be heard on this 23rd day of August 2022, upon Debtor's Objection to Claim of PHH Mortgage Corporation / U.S. Bank, N.A. [POC# 7-1; ECF28; herein the "Objection"], IT IS;

**ORDERED AND ADJUDGED:**

1. The Objection is continued to:

　　　　　　**Date: September 13, 2022**
　　　　　　**Time: 9:00 a.m.**
　　　　　　**Location: By VIDEOCONFERENCE**

You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser:
https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

# # #

Jose A. Blanco, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.

Submitted By:
Jose A. Blanco, Esq.
JOSE A. BLANCO, P.A.
355 W 49 ST,
Hialeah, FL 33012
(305) 349-3463
Fax : (786) 567-5057
Email: jose@blancopa.com