

**ORDERED in the Southern District of Florida on September 13, 2022.**

                                                               _____
                                                                **Robert A. Mark, Judge**
                                                                **United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                   Case No.: 22-14547-RAM
                                                                                            Chapter 13

        Guillermo Fernando Guell Klever
        Liset Marro

                        Debtor(s)           /

**AGREED ORDER SUSTAINING OBJECTION TO CLAIM OF PHH MORTGAGE CORPORATION / U.S. BANK, N.A.**

        THIS MATTER having come to be heard without a hearing upon Debtor's Objection to Claim of PHH Mortgage Corporation/U.S. Bank, N.A. (ECF#28; claim #7-1), noting the agreement of the parties, and based on the record, IT IS;

        ORDERED AND ADJUDGED:

1.        The objection to the proof of claim of PHH Mortgage Corporation/U.S. Bank, N.A. is SUSTAINED.

2.        The claim is allowed as filed without any distribution from the Chapter 13 Trustee.

                                                        # # #

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:     (305) 349-3463
Fax:     (786) 567-5057
E-Mail: jose@blancopa.com