Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Guillermo Fernando Guell Klever<br>aka Guillermo Guellklever<br>aka Guillermo Guell<br>aka Guillermo Guell Klever |
| Debtor 2<br>(Spouse, if filing) | Liset Marro |

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 22-14547-RAM

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-1, ASSET-BACKED CERTIFICATES, SERIES 2007-1**

Court claim no. (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8102

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice:

**Part 1:    Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 07/07/2022 | (5) | $700.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 06/17/2022 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| Debtor 1 | Guillermo Fernando Guell Klever | Case number *(if known)* | 22-14547-RAM |
|---|---|---|---|
| | aka Guillermo Guellklever | | |
| | aka Guillermo Guell | | |
| | aka Guillermo Guell Klever | | |
| | Print Name    Middle Name    Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Keith Labell                          Date  October 4, 2022
   Signature

Print    Keith Labell                        Title   Authorized Agent
         First Name   Middle Name   Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  6409 Congress Avenue, Suite 100
         Number         Street

         Boca Raton, FL 33487
         City                            State       ZIP Code

Contact Phone  470-321-7112                 Email   klabell@raslg.com

---

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>October 4, 2022</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GUILLERMO FERNANDO GUELL KLEVER
3110 NW 11TH ST
MIAMI, FL 33125

LISET MARRO
3110 NW 11TH ST
MIAMI, FL 33125

*And via electronic mail to:*

JOSE A. BLANCO
JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

By: /s/ **Lorena Delgado**
    **Lorena Delgado**
    **ldelgado@raslg.com**



**RAS**
ROBERTSON, ANSCHUTZ, SCHNEID,
CRANE & PARTNERS, PLLC
LAW OFFICES

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
Telephone: Florida Office (561) 241-6901
Fed ID: 

**Invoice No.**

| | |
|---|---|
| **Invoice to:** | **Client Code:** |
| PHH Mortgage (Ocwen) | **Invoice Date:** 07/07/2022 |
| Attn: PHH Mortgage (Ocwen) | **File Number:** |
| 1 Mortgage Way | **Fed Type:** Conventional |
| Mail Stop SCEP | **W/O Number:** |
| Mount Laurel    NJ 08054 | FL |
| | **Loan Number:** SEMPE,MERCEDES & GU |
| **Reason for Billing:   CH13 BKY-POC/Plan Re** | **Property:** 3100NW11 ST |
| | MIAMI, FL 33125 |

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| 007/07/2022 | BK-4108 | Bankruptcy Proof of Claim | BK Recoverable | Fee    700.00 | |

*The fees and costs in this invoice are recoverable against the investor. The recoverability against the borrower is subject to applicable law, and in Chapter 13 cases the specific facts and circumstances of the case, including in certain instances the filing of a Post-Petition Fee Notice pursuant to Rule 3002.1.*

Processors:
Nicolas Raia
Nicolas Raia

**Total Due Upon Receipt:    700.00**

Page 1



**RAS**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
LAW OFFICES

6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

Telephone: Florida Office (561) 241-6901

Fed ID: 

Invoice No.

**Invoice to:**
PHH Mortgage (Ocwen)
Attn: PHH Mortgage (Ocwen)
1 Mortgage Way
Mail Stop SCEP

Mount Laurel    NJ    08054

Reason for Billing:    **CH13 BKY-POC/Plan Re**

| | |
|---|---|
| Client Code: | |
| Invoice Date: | 06/20/2022 |
| File Number: | |
| Fed Type: | Conventional |
| W/O Number: | FL |
| Loan Number: | SEMPE,MERCEDES & GU |
| Property: | 3100NW11 ST |
| | MIAMI, FL 33125 |

| Fullfilment Date | Service Code | Fee/Cost Description | Recoverability | Fee/Cost | Total |
|---|---|---|---|---|---|
| 06/17/2022 | BK-4102 | Bankruptcy Plan Review - BK WIP NEW- Initial Plan Review (Non PA-OH). Please note that no documents are filed with BK court for Plan Review. | BK Recoverable | Fee   250.00 | |

*The fees and costs in this invoice are recoverable against the investor. The recoverability against the borrower is subject to applicable law, and in Chapter 13 cases the specific facts and circumstances of the case, including in certain instances the filing of a Post-Petition Fee Notice pursuant to Rule 3002.1.*

Processors:
Nicolas Raia
Nicolas Raia

**Total Due Upon Receipt:**    **250.00**